# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>UNSUB user of telephone number 859-420-2472, further identified and described in attached affidavit<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)        5:23-MJ-5144-MAS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  04/12/2023  in the county of  Madison  in the  Eastern  District of  Kentucky , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42 USC 408(a)(7)(C) | Counterfeiting Social Security cards |
| 18 USC 1546(a) | Counterfeiting Alien Registration cards |

This criminal complaint is based on these facts:

See Attached Affidavit, incorporated herein by reference

☑ Continued on the attached sheet.

/s/ Christopher A. Hubbuch
*Complainant's signature*

Christopher A. Hubbuch, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/25/2023

*Judge's signature*

City and state: Lexington, KY

Matthew A. Stinnett, United States Magistrate Judge
*Printed name and title*